174 A.3d 972

IN THE MATTER OF DAN A. DRUZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 022091980)

M–1474 September Term 2016
(M–1343–16; 079559)

December 8, 2017

## ORDER

This matter having been duly presented to the Court on the motion of **DAN A. DRUZ**, seeking to be transferred to disability inactive status pursuant to Rule 1:20–12(e); and good cause appearing;

It is ORDERED that the motion is granted and **DAN A. DRUZ** IS hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **DAN A. DRUZ** is hereby restrained and enjoined from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that the pending disciplinary proceedings against **DAN A. DRUZ** are hereby deferred pursuant to Rule 1:20–12(e) until further Order of the Court; and it is further

ORDERED that **DAN A. DRUZ** comply with Rule 1:20–20 governing incapacitated attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **DAN A. DRUZ** pursuant to Rule 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.